| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2019 MAY 29 A 9: 15<br>MICHAEL B. DOWLING<br>CLERK OF COURT |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **15-00983** |
| In re:<br>**BRYAN LANCE TALISAYAN**<br><br>Debtor(s). | Chapter: 13 |

(PAID stamp)

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 3,730.31 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 899 | BRYAN LANCE TALISAYAN<br>P. O. BOX 241<br>KAHUKU, HI 96731<br><br>(DEBTOR) REFUND | $ 3,730.31 | $ 3,730.31 |
| | | $ | $ |
| | | $ | $ |

[*Attach continuation sheets if necessary.*]

Date: May 29, 2019

/s/ _____
Trustee

hib_3011    5/05